**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MICHELLE A. LANCASTER**                                                        **PLAINTIFF**

**V.**                          **CASE NO. 1:14CV00026-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

<u>**JUDGMENT**</u>

Plaintiff Michelle Lancaster's appeal is denied, and judgment is entered in favor of

Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 29th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE